IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | Case No. 2:08-cr-00005-TWJ |
| | § | (Judge Ward) |
| DAMIEN DONTE PORTER | § | |

### ORDER ON DEFENDANT'S MOTION TO SEAL DOCUMENTS

On December 18, 2009, the Court heard the Motion To Seal Documents of Defendant Damien Donte Porter.

The Court finds the Motion should be and the same hereby is **Granted**.

SIGNED this 18th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE